UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                         :

ROY STILLMAN,                            :

                         :

                Plaintiff,        :

                         :           23 Civ. 7802 (JPC)

       -v-                    :

                         :            __ORDER__

JACQUES DE VOS *et al.*,        :

                         :

                Defendants.    :

                         :

-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Plaintiff filed his Complaint on September 1, 2023, invoking the Court's subject matter jurisdiction on the ground of diversity of citizenship under 28 U.S.C. § 1332.  Dkt. 1.  The Complaint alleges that Plaintiff resides in New York and Defendant Jacques De Vos lives in Paris, France.  *Id.* at ¶¶ 7-8.  "[R]esidence alone is insufficient to establish domicile for jurisdictional purposes," *Van Buskirk v. United Grp. Cos.*, 935 F.3d 49, 54 (2d Cir. 2019), and, therefore, "a statement of the parties' residence is insufficient to establish their citizenship," *Leveraged Leasing Admin. Corp. v. PacifiCorp Cap., Inc.*, 87 F.3d 44, 47 (2d Cir. 1996).

      Accordingly, it is hereby ORDERED that by September 11, 2023, Plaintiff shall amend his Complaint to allege the citizenship of the Plaintiff and Defendant Jacques De Vos.  If Plaintiff fails to amend the Complaint by that date, or otherwise properly establish this Court's jurisdiction pursuant to 28 U.S.C. § 1332, the Court may dismiss this action for lack of subject matter jurisdiction without further notice.

      SO ORDERED.

Dated: September 6, 2023
      New York, New York

                                       JOHN P. CRONAN
                             United States District Judge