**PEYROT & ASSOCIATES** PC

David van Leeuwen
Partner
Attorney at Law
David.VanLeeuwen@peyrotlaw.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/19/2024

August 19, 2024

**APPLICATION GRANTED:** The Initial Conference set for 9/12/2024 at 10:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **Monday, October 7, 2024 at 2:30 p.m.**

**APPLICATION GRANTED**

_/s/ Katharine H. Parker_
Hon. Katharine H. Parker, U.S.M.J.
08/19/2024

**VIA ECF**
Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** <u>Stillman v. De Vos et al</u>.
23-cv-07802
Letter Motion in Support of Application to Adjourn September 12, 2024 Conference

Hon. Parker:

Our firm is counsel to Defendants Galerie Jacques De Vos and Mr. Jacques De Vos (hereinafter collectively "Defendants") in connection with the above referenced matter.

<u>I am writing in connection with section 1(c) of your individual rules to request a short adjournment of the conference scheduled for September 12, 2024 to September 26, 2024 the parties are also available on September 19, 2024.   The reason for the request is that I will be on trial before Judge Headley in New York County Supreme Court from September 9th through the 13th.  This is the first request for an adjournment in this matter and counsel for Plaintiff consents and is available on either of the aforesaid dates.</u>

Your time and attention to this matter is appreciated.  If you require anything further, please do not hesitate to contact us.

Respectfully yours,

PEYROT & ASSOCIATES, PC

By:   <u>/s/ David van Leeuwen      </u>
         David van Leeuwen, Esq.

Cc:  Counsel of record (via ECF)

62 William Street, 8th Floor
New York, NY 10005
T: (646) 650-2785
F: (646) 650-5109
www.peyrotlaw.com