```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROY STILLMAN,

                              Plaintiff,

               -against-

JACQUES DE VOS and GALERIE JACQUES DE VOS.,

                             Defendants.
-----------------------------------------------------------------X

**DISCOVERY ORDER**

**23-CV-7802 (JPC) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The Court is in receipt of the parties' status letter at ECF No. 40. Based on the parties' statements in the letter, the Court directs the parties to resolve the issue of the location of De Vos's deposition by no later than **December 6, 2024**. Defendant is advised that if Plaintiff is willing to travel to Paris to conduct the deposition where De Vos resides, De Vos should make himself available. To the extent there may be an interpreter needed for the deposition, an in-person deposition may be more efficient. De Vos shall make himself available for a deposition on a day convenient for all parties and their counsel before the end of January 2025. The parties are directed to further meet and confer on document requests and responses thereto. The parties shall file a status letter by **December 16, 2024**, updating the Court on the deposition schedule and on whether there are any discovery issues that need resolution by the Court.

       SO ORDERED.

DATED:      New York, New York
               November 26, 2024

                                                             _____
                                                             KATHARINE H. PARKER
                                                             United States Magistrate Judge