USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/02/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ROY STILLMAN,

                        Plaintiff,

        -against-

JACQUES DE VOS and GALERIE JACQUES DE VOS.,

                       Defendants.
-----------------------------------------------------------------X

23-CV-7802 (JPC) (KHP)

**ORDER RESCHEDULING CASE**
**MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The telephonic Case Management Conference in this matter scheduled for Thursday, January 9, 2025 at 12:00 p.m. is hereby rescheduled to **Monday, January 13, 2025 at 12:00 p.m.** At the scheduled time, the parties shall dial **646-453-4442, ID: 663 278 331#.**

      SO ORDERED.

DATED:    New York, New York
             January 2, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge