USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ROY STILLMAN,

                              Plaintiff,                  **POST-CONFERENCE ORDER**

        -against-                                   23-CV-7802 (JPC) (KHP)

JACQUES DE VOS and GALERIE JACQUES DE VOS.,

                              Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       As discussed at the Case Management Conference on January 22, 2025, the deadline for fact discovery is hereby extended to **April 14, 2025 and all other deadlines are extended by 30 days**. Defendants shall collect and produce documents responsive to Plaintiff's document requests by **February 12, 2025**. The parties are directed to meet and confer regarding rescheduling Mr. De Vos' deposition to another time in February 2025.

       The parties shall file a joint status letter by **February 21, 2025**, updating the Court on the status of discovery. The Case Management Conference currently scheduled for February 6, 2025 at 3:30 p.m. is hereby adjourned *sine die*.

       **SO ORDERED.**

DATED:     New York, New York
                January 22, 2025

                                                 *Katharine H. Parker*
                                                 KATHARINE H. PARKER
                                                 United States Magistrate Judge