USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROY STILLMAN,

                    Plaintiff,

         -against-

JACQUES DE VOS and GALERIE JACQUES DE VOS.,

                    Defendants.
-----------------------------------------------------------------X

**ORDER**

**23-CV-7802 (JPC) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Court is in receipt of the parties' joint status letter at ECF No. 54. Defendants shall collect and produce documents responsive to Plaintiff's document requests by **March 17, 2025**. Defendants are warned that failure to meet this deadline, absent the Court granting an extension upon a showing of good cause, may result in sanctions.

      In addition, a Case Management Conference is hereby scheduled for **March 6, 2025 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

DATED:    New York, New York
             February 24, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge