USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/09/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

ROY STILLMAN,

                              Plaintiff,

    -against-

JACQUES DE VOS and GALERIE JACQUES DE VOS.,

                             Defendants.

----------------------------------------------------------------X

**ORDER ADJOURNING CASE MANAGEMENT CONFERENCE**

**23-CV-7802 (JPC) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Case Management Conference previously scheduled for **April 9, 2025** is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:    New York, New York
              April 9, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge